■ LLOYD R. GALA et al., Appellants, v JAMES M. GALA, JR., et al., Respondents. [665 NYS2d 363] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stander, J. (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Dismiss Complaint.) Present— Pine, J. P., Lawton, Hayes, Callahan and Boehm, JJ.

■ JOANN KINDZIERSKI, Individually and as Mother and Natural Guardian of CORRINE KINDZIERSKI, Respondent, v ARTHUR J. FOSTER et al., Defendants, and JOSPEH A. LESZCZYNSKI et al., Appellants. [665 NYS2d 370] —Order unanimously affirmed with costs. Same Memorandum as in *Krampen v Foster* (242 AD2d 913 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Hayes, Callahan and Boehm, JJ.

■ BANK OF UTICA et al., Respondents, v ORISKANY MANOR, INC., et al., Respondents, and DONALD N. URBANKE et al., Individually and Doing Business as URBANKE INSURANCE, Appellants. [665 NYS2d 365] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Parker, J. (Appeal from Order of Supreme Court, Oneida County, Parker, J.—Dismiss Cross Claim.) Present—Pine, J. P., Lawton, Hayes, Callahan and Boehm, JJ.